IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DADBOD APPAREL LLC, | ) | |
| | ) | CASE NO. 5:25-CV-01599-JRA |
| *Plaintiff*, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| HILDAWN DESIGN LLC et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S STATUS REPORT REGARDING REINSTATEMENT**

**(PURSUANT TO THE COURT'S JULY 1, 2026 ORDER, ECF NO. 37)**

Plaintiff Dadbod Apparel LLC ("Dadbod") respectfully submits this status report pursuant to the Court's July 1, 2026 Order staying these proceedings (ECF No. 37), which directs Dadbod to file a written status report every 30 days from the date of the Order. This is the second such report.

**Current Status: Dadbod remains suspended by the FTB**

As of the date of this report, the FTB has not issued a Certificate of Revivor, and Dadbod has not been reinstated by either the FTB or the Secretary of State. Dadbod's status is unchanged from the status reported in its prior status report filed July 31, 2026.

As previously reported to the Court (ECF No. 36), Dadbod has submitted everything California law requires to revive: its Application for Certificate of Revivor (FTB Form 3557 BC), together with all outstanding returns, payments, and supporting documentation. Nothing further

remains for Dadbod to submit. Since its last report, Dadbod has again contacted the FTB's revivor unit to confirm the application remains in process and inquire about the reinstatement timeframe. Revivor remains a ministerial step awaiting the FTB's and the Secretary of State's routine administrative processing. The FTB has not provided Dadbod with a date certain by which it will act on the application, and Dadbod is not able to predict when reinstatement will issue.

Dadbod continues to take all necessary and reasonable steps required to accomplish its reinstatement, as the Order directs, and will promptly respond to any further request or requirement of the FTB or the Secretary of State. Dadbod also continues to maintain intact all discovery and other discoverable materials in accordance with the Order.

Absent an intervening notice confirming reinstatement or further order of the Court, Dadbod will file its next 30-day status report on or before September 29, 2026.

Dated: August 31, 2026

Respectfully submitted,

**GARVEY ADAM LLP**

*s/ Joshua A. Schaul*

Joshua A. Schaul (*Pro Hac Vice*)
schaul@garveyadam.com
19800 MacArthur Blvd., Ste. 1070
Irvine, CA 92612
(714) 924-4377 – Telephone
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

*s/ Joshua A. Schaul*
Joshua A. Schaul