IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DADBOD APPAREL LLC, | ) | |
| | ) | CASE NO. 5:25-CV-01599-JRA |
| *Plaintiff*, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| HILDAWN DESIGN LLC et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S STATUS REPORT REGARDING REINSTATEMENT**

**(PURSUANT TO THE COURT'S JULY 1, 2026 ORDER, ECF NO. 37)**

Plaintiff Dadbod Apparel LLC ("Dadbod") respectfully submits this status report pursuant to the Court's July 1, 2026 Order staying these proceedings (ECF No. 37), which directs Dadbod to file a written status report every 30 days from the date of the Order. This is the third such report.

**Current Status: Dadbod remains suspended by the Franchise Tax Board**

As of the date of this report, the California Franchise Tax Board ("FTB") has not issued a Certificate of Revivor, and Dadbod has not been reinstated by either the FTB or the Secretary of State.

**Revivor Status**

Dadbod has paid its back taxes and has submitted its Application for Certificate of Revivor (FTB Form 3557) to the FTB. Undersigned counsel recently learned that the FTB also requires Dadbod to provide a copy of its 2025 tax return with its revivor application. Dadbod's 2025 return

is currently due by October 15, 2026, and Dadbod is finalizing the return for submission. Dadbod anticipates that the FTB will issue the Certificate of Revivor after it confirms receipt of the 2025 return.

Dadbod continues to take all necessary and reasonable steps required to accomplish its reinstatement, as the Order directs, and will promptly respond to any further request or requirement of the FTB or the Secretary of State. Dadbod also continues to maintain intact all discovery and other discoverable materials in accordance with the Order.

Absent an intervening notice confirming reinstatement or further order of the Court, Dadbod will file its next 30-day status report on or before October 29, 2026.

Dated: September 29, 2026

Respectfully submitted,

**GARVEY ADAM LLP**

*s/ Joshua A. Schaul*
Joshua A. Schaul (*Pro Hac Vice*)
schaul@garveyadam.com
19800 MacArthur Blvd., Ste. 1070
Irvine, CA 92612
(714) 924-4377 – Telephone
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

*s/ Joshua A. Schaul*
Joshua A. Schaul