**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DADBOD APPAREL LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>HILDAWN DESIGN LLC, *et al.*,<br><br>Defendants and Counter-Claimants. | ) | CASE NO. 5:25-cv-01599<br><br>JUDGE JOHN R. ADAMS<br><br>**ORDER**<br>**(Addressing Doc. 40)** |

On September 30, 2026, a telephonic status conference was held with counsel. The status conference was scheduled months in advance and was prompted by Defendants' motion seeking to stay all proceedings before the Court because Plaintiff had been suspended by the California Franchise Tax Board. (Doc. 35) Defendants argued that under both California law and federal law, a suspended corporation like Plaintiff lacks the legal capacity to maintain litigation.

Plaintiff opposed the motion, but acknowledged that it needed to reinstate its status, and was in the process of taking specified steps with the state taxing agency to do that. (Doc. 36) Anticipating that these efforts would ultimately revive and restore Plaintiff's status as a corporate franchise entity capable of maintaining suit against another party, the Court stayed all proceedings and ordered monthly status reports as

Plaintiff pursued the necessary steps to revive its legal status. (Doc 37)

Plaintiff's most recent status report regarding reinstatement informed the Court that the California Franchise Tax Board now requires a copy of Plaintiff's 2025 tax return as an attachment to its revivor application. (Doc 40) Counsel for Plaintiff confirmed during the recent telephone conference that his client was anticipating filing the 2025 tax return by the deadline of October 15, 2026. He also reaffirmed his belief that the California Franchise Tax Board will reinstate Plaintiff's legal franchise status once it receives the 2025 tax return.

In light of the above developments and by agreement of counsel, the Court amends its order from July 1, 2026 as follows:

For the reasons described in Plaintiff's most recent status report regarding reinstatement (Doc. 40) and the reasons discussed by counsel for the parties during the telephonic status conference on September 30, 2026, and for good cause shown, it is hereby

ORDERED that Plaintiff shall file with the Court a status report regarding reinstatement no later than October 30, 2026;

FURTHER ORDERED that the Court shall conduct a telephonic status conference with counsel for the parties on Wednesday, November 4, 2026 at 12 noon EST at which time the status of the case and an amended schedule will be discussed; and

FURTHER ORDERED that all other terms of the Court's previous order of July 1, 2026 (Doc. 37) remain in full force and effect unless otherwise modified by the

instant order.

IT IS SO ORDERED.

Dated: October 2, 2026

*/s/ John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE