IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DADBOD APPAREL LLC, | ) | |
| | ) | CASE NO. 5:25-CV-01599-JRA |
| *Plaintiff*, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| HILDAWN DESIGN LLC et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S FOURTH STATUS REPORT AND NOTICE OF REINSTATEMENT (PURSUANT TO THE COURT'S ORDERS OF JULY 1, 2026, ECF NO. 37, AND OCTOBER 2, 2026, ECF NO. 41)**

Plaintiff Dadbod Apparel LLC ("Dadbod") respectfully submits this status report pursuant to the Court's July 1, 2026 Order staying these proceedings (ECF No. 37) and the Court's October 2, 2026 Order directing Dadbod to file a status report regarding reinstatement no later than October 30, 2026 (ECF No. 41). This is the fourth such report. Pursuant to paragraph 4 of the July 1, 2026 Order, this report also serves as Dadbod's notice confirming that it has been reinstated.

**Current Status: Dadbod has been revived by the Franchise Tax Board**

On October 22, 2026, the California Franchise Tax Board ("FTB") issued a Certificate of Revivor to Dadbod, effective October 22, 2026. The Certificate states that Dadbod "was relieved of suspension or forfeiture and is now in good standing with the Franchise Tax Board." A true and correct copy of the Certificate of Revivor is attached as **Exhibit A**.

Because the condition on which the Court stayed this action has now been satisfied, Dadbod respectfully requests that the Court lift the stay entered on July 1, 2026 (ECF No. 37) and reset the remaining case deadlines as set forth below. Dadbod continues to maintain intact all discovery and other discoverable materials in accordance with the Court's Orders.

**Request to Reset the Discovery and Dispositive Motion Deadlines**

On April 13, 2026, the Court granted the parties' Joint Motion to Extend Certain Deadlines (ECF No. 33), extending the discovery cutoff from May 4, 2026 to July 3, 2026, and the dispositive motion deadline from June 15, 2026 to August 14, 2026. (ECF No. 34.)

On April 20, 2026, Defendants' counsel first raised Dadbod's suspended status with the FTB, and Defendants thereafter declined to produce documents responsive to Dadbod's outstanding discovery until Dadbod was revived. (*See* ECF No. 36, PageID #361, 364–65.) At that time, approximately ten weeks (74 days) remained before the July 3, 2026 discovery cutoff, and approximately sixteen weeks (116 days) remained before the August 14, 2026 dispositive motion deadline. Defendants' responses to Dadbod's outstanding written discovery, and the parties' depositions, remain to be completed.

Dadbod therefore respectfully requests that the Court restore to the parties the time that remained when the issue first arose: 74 days to complete discovery and 116 days to file dispositive motions, each measured from the date of this report. Dadbod accordingly proposes the following dates:

| Event / Deadline | Current Date (ECF No. 34) | Proposed Date |
|---|---|---|
| Discovery Cutoff | July 3, 2026 | January 5, 2027 |
| Dispositive Motions | August 14, 2026 | February 16, 2027 |

Should the Court reset the schedule on a later date, Dadbod respectfully requests that the discovery cutoff be set 74 days, and the dispositive motion deadline 116 days from the date of the Court's order. Dadbod is prepared to address these proposed dates at the telephonic status conference set for November 4, 2026. (ECF No. 41.)

Dated: October 23, 2026

Respectfully submitted,

**GARVEY ADAM LLP**

*s/ Joshua A. Schaul*
Joshua A. Schaul (*Pro Hac Vice*)
schaul@garveyadam.com
19800 MacArthur Blvd., Ste. 1070
Irvine, CA 92612
(714) 924-4377 – Telephone
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

*s/ Joshua A. Schaul*
Joshua A. Schaul