# Exhibit A

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
3321 POWER INN ROAD, STE 250
SACRAMENTO, CA 95826

Notice Date: 10/22/2026

## CERTIFICATE OF REVIVOR

DADBOD APPAREL LLC
1556 ELK RAVINE WAY
ROSEVILLE CA 95661-4010

Entity Name : DADBOD APPAREL LLC

Entity Number : **202009710962**

SOS Number : **202009710962**

FEIN :

Effective Date : 10/22/2026

This Limited Liability Company was relieved of suspension or forfeiture and is now in good standing with the Franchise Tax Board.

**ASSISTANCE**

From within the United States, call ........ (800) 852-5711
From outside the United States, call (not toll-free) ........ (916) 845-6500

Website at: www.ftb.ca.gov

**Assistance for persons with disabilities**: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268.

FRANCHISE TAX BOARD • STATE OF CALIFORNIA

FTB 2557 LC ARCS (REV 09-2008)