UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DADBOD APPAREL LLC,<br>Plaintiff,<br><br>vs.<br><br>HILDAWN DESIGN LLC et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:25-CV-01599<br><br>JUDGE JOHN R. ADAMS<br><br><br>**Order** |

This matter is set for a telephonic status hearing on November 4, 2026. Doc. 41. The Plaintiff has informed the Court that the California Franchise tax Board issued a Certificate Revivor to Dadbod, effective October 22, 2026. Doc. 42. Accordingly, the stay is hereby lifted and the matter is ready to proceed.

The Court adopts the continued case management deadlines set forth in Plaintiff's status report as follows:

| **Event/Deadline** | **Current Date (ECF No. 34)** | **New Date** |
|---|---|---|
| Discovery Cut-off | July 3, 2026 | January 5, 2027 |
| Dispositive Motions | August 14, 2026 | February 16, 2027 |

The telephone status conference scheduled for November 4, 2026 is hereby CANCELLED.

**IT IS SO ORDERED.**

DATED: November 4, 2026

*/s/ John R. Adams*
Judge John R. Adams
UNITED STATES DISTRICT COURT