**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DADBOD APPAREL LLC,** | |
| Plaintiff, | Civil Action No.: 5:25-cv-01599-JRA |
| v. | Judge John R. Adams |
| **HILDAWN DESIGN LLC, et al.,** | |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 11, 2026, pursuant to Fed. R. Civ. P. 26, 36, 34 and 33, Defendants served the following responses to Plaintiff's Discovery Requests:

Defendant Hildawn Design LLC's Responses to Plaintiff's First Requests for Admissions;

Defendant Hilary Wertin's Responses to Plaintiff's First Request for Admissions;

Defendant Hildawn Design LLC's Responses to Plaintiff's Second Request for Production of Documents; and

Defendant Hildawn Design LLC's Answers to Plaintiff's First Set of Interrogatories (1-17), via electronic mail, as follows:

Joshua A. Schaul
Garvey Adam LLP
1900 MacArthur Boulevard – Suite 1070
Irvine, California 92612
schaul@garveyadam.com

Sergey Vernyuk
Emerson Thomson Bennett
1914 Akron-Peninsula Road
Akron, Ohio 44313
sv@etblaw.com

Dated: November 11, 2026

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Sophia E. Auten*

Sophia E. Auten (103037)
Howard L. Wernow (0089019)
James F. McCarthy, III (0002245)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Email: Sophia.Brown@sswip.com
Email: Howard.Wernow@sswip.com
Email: James.McCarthy@sswip.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record, and which will permit viewing and downloading of same from the CM/ECF system on November 11, 2026.

*/s/ Sophia E. Auten*
Sophia E. Auten